United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SAJID MAHMOOD, | § | |
| Petitioner, | § | |
| | § | |
| | § | CIVIL ACTION NO. H-26-4222 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER OF DISMISSAL**

The petitioner, Sajid Mahmood, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On September 15, 2026, the federal respondents filed an Advisory and Status Update stating that the petitioner was removed from the United States to Pakistan on July 20, 2026. (Docket Entry No. 11). Because the petitioner has been removed from the United States, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge